IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ARMSTRONG WORLD INDUSTRIES, ) | |
| INC. *et al.*, ) | |
| ) | Case No. 00-04471 (JKF) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | |

## NOTICE OF APPEAL OF SEA-PAC SALES COMPANY

Pursuant to 28 U.S.C. 158(a) and 9 U.S.C. 16(a) Sea-Pac Sales Company appeals the Order Denying Sea-Pac Sales Company's Motion (I) to Stay Objection by Armstrong World Industries, Inc. to Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and (II) For Relief from the Automatic Stay or, in the Alternative, For Relief from the Discharge Injunction, dated November 20, 2006 and entered on the docket on November 20, 2006 (Docket No. 10117) by the United States Bankruptcy Court for the District of Delaware, Judge Judith K. Fitzgerald, a copy of which is attached as Exhibit A.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| Counsel for Sea-Pac Sales Company | Karen Lee Turner (Bar No. 4332)<br>Michael G. Busenkell (Bar No. 3933)<br>Eckert, Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-0430<br>Facsimile: (302) 425-0432<br><br>-and-<br><br>Michael M. Feinberg<br>Karr Tuttle Campbell<br>1201 Third Ave, Suite 2900<br>Seattle, Washington 98101<br>Phone: (206) 223-1313<br>Facsimile: (206) 682-7100<br><br>-and-<br><br>Al Van Kampen<br>Rohde & Van Kampen PLLC<br>1001 Fourth Avenue, Suite 4050<br>Seattle, Washington 98154<br>Telephone: (206) 386-7353<br>Facsimile (206) 405-2825 |
| Counsel for Armstrong World Industries | Mark D. Collins (No. 2981)<br>Jason M. Madron<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br><br>-and-<br><br>Stephen Karotkin<br>Debra A. Dandeneau<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000 |

Dated: November 30, 2006

Respectfully submitted,

_____
Karen Lee Turner (Bar No. 4332)
Michael G. Busenkell (Bar No. 3933)
Eckert, Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, Delaware 19801
Telephone: (302) 425-0430
Facsimile: (302) 425-0432

and

Michael M. Feinberg
Karr Tuttle Campbell
1201 Third Ave, Suite 2900
Seattle, WA 98101
Telephone: (206) 223-1313
Facsimile: (206) 682-7100

and

Al Van Kampen
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
Telephone: (206) 386-7353
Facsimile (206) 405-2825

Counsel for Sea-Pac Sales Company

*U0004170*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| ARMSTRONG WORLD INDUSTRIES, | ) |
| INC., et al., | ) |
| | ) Case No. 00-04471 (JKF) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |
| | ) Re: D.I. 9830 |

**ORDER DENYING SEA-PAC SALES COMPANY'S MOTION (I) TO STAY OBJECTION BY ARMSTRONG WORLD INDUSTRIES, INC. TO SEA-PAC'S PROOF OF CLAIM NO. 4854 PENDING ARBITRATION, AND (II) FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE DISCHARGE INJUNCTION**

UPON CONSIDERATION of the motion of Sea-Pac Sales Company (i) to stay objection by Armstrong World Industries, Inc. to Sea-Pac's proof of claim no. 4854 pending arbitration, and (ii) for relief from the automatic stay or, in the alternative, for relief from the discharge injunction (the "Motion") (D.I. 9830), the objection thereto, the arguments of counsel at a hearing held on October 23, 2006 (the "Hearing"), and the entire record herein, and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons stated on the record at the Hearing.

Dated: Wilmington, Delaware

__Nov. 20_____, 2006

*Judith K. Fitzgerald*

_____
JUDITH K. FITZGERALD
United States Bankruptcy Judge    

# TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number-Lead Case #00-4471 (JKF)
Deputy Clerk Transferring Case- Judy Fisher (302) 252-2900 Ext. 5111
Case Type: Appeal : BAP 06-77

**Order, Date Entered and Issues**
    Sea-Pac Sales Company Appeals the Order Denying Sea-Pac Sales Company's Motion (I) to Stay Objection by Armstrong World Industries, Inc. to Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and (II) For Relief from the Automatic Stay or, in the Alternative, For Relief from the Discharge Injunction, dated November 20, 2006 and entered on the docket on November 20, 2006 (Docket #10117) by the United States Bankruptcy Court for the District of Delaware, Judge Judith K. Fitzgerald.

    **Appellant Designation filed on 12/11/2006 (Docket #10161)**
    **Appellee Designation filed on 12/21/2006 (Docket #10195)**

**Debtor:**
**Debtor in Possession:**   Armstrong World Industries, Inc., et al

**Debtors' Counsel:**
    **Mark D. Collins, Esq.**
    **Jason M. Madron, Esq.**
    Richards, Layton & Finger, P.A.
    One Rodney Square
    P.O. Box 551
    Wilmington, DE 19899
    302-651-7700

**Appellant:**   Sea-Pac Sales Company

**Counsel:**
    **Karen Lee Turner, Esq.**
    **Michael G. Busenkell, Esq.**
    Eckert Seamans Cherin & Mellott, LLC
    300 Delaware Avenue, Suite 1210
    Wilmington, DE 19801
    Telephone: (302) 425-0430
    Facsimile: (302) 425-0432

    And

**Michael M. Feinberg, Esq.**

**Karr Tuttle Campbell, Esq.**

1201 Third Avenue

Suite 2900

Seattle, Washington 98101
Telephone: (206) 223-1313

Facsmile: (206) 682-7100

    And

**Al Van Kampen, Esq.**

Rohde & Van Kampen PLLC

1001 Fourth Avenue, Suite 4050

Seattle, Washington 98154

Telephone: (206)386-7353

Facsimile (206) 405-2825

**Appellee:**     **Armstrong World Industries**

**Counsel:**     **Mark D. Collins, Esq.**

**Jason M. Madron, Esq.**

Richards Layton & Finger, P.A.
One Rodney Square

P.O. Box 551

Wilmington, DE 19899

Telephone: (302) 651-7700

    And

**Stephen Karotkin, Esq.**

**Debra A. Dandeneau, Esq.**

Weil Gotshal & Manges LLP

767 Fifth Avenue

New York, New York 10153

Telephone: (212) 310-8000