IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ARMSTRONG WORLD INDUSTRIES, ) | |
| INC., *et al.*, ) | |
| ) | Case No. 00-04471 (JKF) |
| Debtors. ) | |
| ) | Jointly Administered |

## SEA-PAC SALES COMPANY'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

Sea-Pac Sales Company ("Sea-Pac") submits the following issues, and designates the following items from the record, for its appeal from the Bankruptcy Court's Order Denying Sea-Pac Sales Company's Motion (I) to Stay Objection by Armstrong World Industries, Inc. to Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and (II) for Relief from the Automatic Stay, or in the Alternative, for Relief from the Discharge Injunction, entered November 20, 2006:

### STATEMENT OF ISSUES

1. Did the Bankruptcy Court err in denying Sea-Pac's motion to arbitrate the parties' dispute because the Court, rather than the arbitrators, decided whether Sea-Pac had timely initiated arbitration?

2. Should the Bankruptcy Court have denied Sea-Pac's motion for relief from stay and/or the discharge injunction in order to permit the parties' dispute to be referred to arbitration?

### DESIGNATION OF RECORD

| Dkt. No. | Date | Description |
|---|---|---|
| 8537 | 08/22/2005 | *Motion of Armstrong World Industries, Inc. Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3) for an Order (I) Fixing a Final Date for Filing Proofs of Claim Relating to Certain Contracts and Leases and (II) Approving the Proposed Forms of Proof of Claim and Notice* |

| | | |
|---|---|---|
| 8558 | 08/29/2005 | *Notice of Amendment to Exhibit A of the Motion of Armstrong World Industries, Inc, Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3) for an Order (I) Fixing a Final Date for Filing Proofs of Claim Relating to Certain Contracts and Leases and (II) Approving the Proposed Forms of Proof of Claim and Notice re: Docket No. 8537* |
| 8652 | 09/29/2005 | *Order Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3) (I) Fixing a Final Date for Filing Proofs of Claim Relating to Certain Contracts and Leases and (II) Approving the Proposed Forms of Proof of Claim and Notice (with Exhibits)* |
| | 11/04/05 | *Sea-Pac's Proof of Claim* (No. 4854) |
| 9116 | 02/21/2006 | *Fourth Amended Plan of Reorganization of Armstrong World Industries, Inc., as Modified* |
| 9683 | 07/20/2006 | *Objection to Claim(s) of Sea-Pac Sales Company (Claim No. 4854)* |
| 9755 | 08/18/2006 | *Order Confirming the Fourth Amended Plan of Reorganization of Armstrong World Industries, Inc., as Modified* |
| 9830 | 09/15/2006 | *Sea-Pac Sales Company's Motion To Stay Objection By Armstrong World Industries, Inc. To Sea-Pac's Proof Of Claim No. 4854 Pending Arbitration, And (II) For Relief From The Automatic Stay Or, In The Alternative, For Relief From The Discharge Injunction.* |
| 9832 | 09/15/2006 | *Response to Objection Of Armstrong To The Proof Of Claim Of Sea-Pac Sales Company* |
| 9833 | 09/15/2006 | *Reply Memorandum In Support Of Sea-Pac Sales Company's Answer To AWI's Objection* |
| 9834 | 09/15/2006 | *Declaration Of Jared Williams In Support of Sea-Pac's Answer to Armstrong's Objection* |
| 9914 | 10/06/2006 | *Objection of Armstrong World Industries, Inc. to Sea-Pac Sales Company's Motion (I) To Stay Objection by Armstrong World Industries, Inc. to Sea-Pac's Proof of Claims No. 4854 Pending Arbitration, and (II) For Relief from the Automatic Stay or, in the Alternative, for Relief from the Discharge Injunction* |

| | | |
|---|---|---|
| 9951 | 10/16/2006 | *Motion For An Order Authorizing Sea-Pac Sales Company To File A Reply To Objection Of Armstrong World Industries, Inc. To Sea-Pac Sales Company's Motion To Stay Objection To Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and For Relief from Automatic Stay or, in the Alternative, Relief from the Discharge Injunction* |
| 10023 | 11/06/2006 | *Transcript of Hearing held on October 23, 2006 before the Honorable Judith K. Fitzgerald.* |
| 10117 | 11/20/2006 | *Order Denying Sea-Pac Sales Company's Motion (I) To Stay Objection by Armstrong World Industries, Inc. To Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and (II) For Relief From the Automatic Stay or, in the Alternative, for Relief From the Discharge Injunction* |
| 10134 | 11/30/2006 | *Notice of Appeal.* |

**[Remainder of Page Intentionally Left Blank]**

Dated: December 11, 2006

       ECKERT SEAMANS CHERIN &
       MELLOTT, LLC

       */s/*

       Karen Lee Turner (Bar No. 4332)
       Michael G. Busenkell (Bar No. 3933)
       300 Delaware Avenue, Suite 1360
       Wilmington, Delaware 19801
       (302) 425-0430

       Michael M. Feinberg
       **KARR TUTTLE CAMPBELL**
       1201 Third Avenue, Suite 2900
       Seattle, Washington 98102
       (206) 223-1313

       Al Van Kampen
       **ROHDE & VAN KAMPEN PLLC**
       1001 Fourth Avenue, Suite 4050
       Seattle, Washington 98154
       (206) 386-7353