IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :  Chapter 11
**In re**                                                      :
                                                               :  Case No. 00-04471 (JKF)
**ARMSTRONG WORLD INDUSTRIES,**                                :
**INC.**, *et al.*,                                            :  Jointly Administered
                                                               :
             Reorganized Debtors.[1]                           :  Re: Docket No. 10161
---------------------------------------------------------------x

### APPELLEE'S COUNTER-STATEMENT OF ISSUES AND COUNTER-DESIGNATION OF RECORD WITH RESPECT TO SEA-PAC SALES COMPANY'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL (DOCKET NO. 10161)

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, reorganized Armstrong World Industries, Inc. ("*AWI*"), as appellee, hereby submits the following counter-statement of issues and counterdesignation of additional items to be included in the record in connection with the appeal of Sea-Pac Sales Company ("*Sea-Pac*") from the Order Denying Sea-Pac's Motion (I) to Stay Objection by AWI to Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and (II) for Relief from the Automatic Stay, or in the Alternative, for Relief from the Discharge Injunction entered on November 20, 2006 by the Bankruptcy Court (the Honorable Judith K. Fitzgerald), and respectfully submits as follows:

---

[1] On December 6, 2000, AWI (as hereinafter defined) and two of its affiliated debtors, Nitram Liquidators, Inc. ("*Nitram*") and Desseaux Corporation of North America ("*Desseaux*"), each commenced a case under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"). (Debtors' Chapter 11 Petitions, Docket No. 1). By previous order of the Bankruptcy Court, dated December 7, 2000, the chapter 11 cases of the Debtors are being jointly administered under Case No. 00-4471 pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure. (Debtors' Joint Administration Order, Docket No. 10). On October 2, 2006, the "Effective Date" under AWI's Fourth Amended Plan of Reorganization, As Modified, dated February 21, 2006 (the "*Plan*"), occurred, and AWI emerged from chapter 11 protection. Chapter 11 plans for Nitram and Desseaux have not yet been filed. Accordingly, AWI is the only "reorganized debtor" in the captioned cases.

## COUNTER-STATEMENT OF ISSUES

1. Where Sea-Pac filed a proof of claim in November of 2004 asserting breaches by AWI beginning in 2000 and 2002 and, prior to such date, Sea-Pac notified AWI on numerous occasions of such alleged breaches, but Sea-Pac never requested mediation or arbitration until September 15, 2006, did the Bankruptcy Court properly find that Sea-Pac failed to timely initiate arbitration under the terms of the expired underlying agreements because it did not do so within 70 days of the dispute arising, such that the Bankruptcy Court's factual determination was not clearly erroneous?

2. Based on the facts presented to the Bankruptcy Court, did the Bankruptcy Court correctly conclude that it, rather than a panel of arbitrators, could determine that Sea-Pac failed to timely initiate arbitration?

## COUNTER-DESIGNATION OF RECORD

In addition to the items designated by Sea-Pac to be included in the record on appeal, AWI designates the following items to be included: [2]

| Exhibit No. | Docket No. | Date | Description |
|---|---|---|---|
| 1. | 3986 | February 4, 2003 | Motion for Order Pursuant to Section 503(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Fixing Final Date for Filing Requests for Payment of Certain Administrative Expenses in AWI's Chapter 11 Case, Approving Proposed Claim Form, and Establishing Notice Procedures |
| 2. | 4301 | March 21, 2003 | Order Pursuant to Section 503(a) of the Bankruptcy Code and Bankruptcy Rule 3003(c) Fixing a Final Date for Filing Requests for Payment of Certain Administrative Expenses in AWI's Chapter 11 Case, |

---

[2] AWI reserves the right to amend this counterdesignation of additional items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

| Exhibit No. | Docket No. | Date | Description |
|---|---|---|---|
| | | | Approving Proposed Claim Form, and Establishing Notice Procedures |
| 3. | 4841 | May 29, 2003 | Withdrawal of Proof of Claim No. 3528 |
| 4. | 9913 | October 6, 2006 | Supplemental Objection and Counterclaims of AWI with Respect to Proof of Claim of Sea-Pac (Claim No. 4854) |
| 5. | 9951 | October 16, 2006 | Motion For An Order Authorizing Sea-Pac To File A Reply To Objection Of AWI To Sea-Pac's Motion To Stay Objection To Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and For Relief from Automatic Stay or, in the Alternative, Relief from the Discharge Injunction |

Dated: December 21, 2006
Wilmington, Delaware

Respectfully submitted,

Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Stephen Karotkin
Debra Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION