IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #4**

IN RE: Armstrong World Industries Inc., et al.

| | | |
|---|---|---|
| Sea-Pac Sales Company | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-4 |
| v. | ) | |
| | ) | |
| Armstrong World Industries Inc. | ) | |
| | ) | |
| Appellee | ) | Bankruptcy Case No. 00-04471 |
| | ) | Appeal No. 06-77 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/20/06 was docketed in the District Court on 1/3/07:

> Order Denying Sea-Pac Sales Company's Motion (I) To Stay Objection by Armstrong World Industries, Inc. To Sea-Pac's Proof of Claim No. 4854 Pending Arbitration, and (II) For Relief from the Automatic Stay or, in the Alternative, for Relief from Discharge Injunction.

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief**. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 1/22/07**

Peter T. Dalleo
Clerk of Court

Date: January 4, 2007
To:    U.S. Bankruptcy Court
       Counsel