IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:  ARMSTRONG WORLD INDUSTRIES, INC., et al.

---

| | |
|---|---|
| SEA-PAC SALES COMPANY, | ) |
| | ) |
| Appellant | ) Civil Action No. 07-4 |
| | ) |
| v. | ) |
| | ) |
| ARMSTRONG WORLD | ) Bankruptcy Case No. 00-04471 |
| INDUSTRIES, INC., | ) Appeal No. 06-77 |
| | ) |
| Appellee | ) |

**STIPULATION REGARDING EXTENSION OF TIME TO FILE BRIEFS**

In connection with the above-captioned matter, appellee, Armstrong World Industries, Inc. ("*AWI*"), and appellant, Sea-Pac Sales Company ("*Sea-Pac*"), have agreed to the an extension of the briefing schedule. By agreement of the parties:

1. Sea-Pac shall file its opening brief no later than February 5, 2007.

2. AWI shall file its answering brief no later than February 26, 2007.

3. Sea-Pac shall file any reply brief no later than March 8, 2007.

4. This Stipulation shall be binding upon and inure to the benefit of the parties hereto, their subsidiaries, affiliates, including transmission affiliates, successors and assigns, including any chapter 11 trustee or chapter 7 trustee that may be appointed in AWI's bankruptcy proceedings.

5. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. Facsimile signatures of the parties shall be binding upon the parties to the same effect as original signatures.

6. Upon approval by the Court, this Stipulation shall be effective immediately. The Court shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

DATED:   January 19, 2007
         Wilmington, Delaware

AGREED:

For Appellee Armstrong World Industries, Inc.

By: _____
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Stephen Karotkin
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

-and-

David A. Hickerson
Stephen A. Gibbons
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW – Suite 900
Washington, D.C. 20005

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

For Appellant Sea-Pac Sales Company

By: /s/ Susan E. Poppiti for
Karen Lee Turner (No. 4332)
Michael G. Busenkell (No. 3933)
ECKERT SEAMANS CHERIN & MELLOTT LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
(302) 425-0430

-and-

Michael M. Feinberg
Diana K. Carey
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98102
(206) 223-1313

-and-

Al Van Kampen
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
(206) 386-7353

ATTORNEYS FOR CREDITOR SEA-PAC
SALES COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:  ARMSTRONG WORLD INDUSTRIES, INC., et al.

| | | |
|---|---|---|
| SEA-PAC SALES COMPANY, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-4 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMSTRONG WORLD | ) | Bankruptcy Case No. 00-04471 |
| INDUSTRIES, INC., | ) | Appeal No. 06-77 |
| | ) | |
| Appellee | ) | |

## ORDER APPROVING STIPULATION

**UPON** the Stipulation Regarding Extension Of Time To File Briefs between appellee, Armstrong World Industries, Inc. ("*AWI*") and appellant, Sea-Pac Sales Company ("*Sea-Pac*") (the "Stipulation"), it is hereby

**ORDERED**, that the Stipulation is hereby **APPROVED**; and it is further

**ORDERED**, that Sea-Pac shall file its opening brief no later than February 5, 2007; and it is further

**ORDERED**, that AWI shall file its answering brief no later than February 26, 2007; and it is further

**ORDERED**, that Sea-Pac shall file its reply brief, if any, no later than March 8, 2007; and it is further

**ORDERED**, that this order shall be effective immediately; and it is further

RLF1-3106314-1

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: Wilmington, Delaware
January ___, 2007

_____
UNITED STATES DISTRICT JUDGE