IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:  ARMSTRONG WORLD INDUSTRIES, INC., et al.

| | |
|---|---|
| SEA-PAC SALES COMPANY, | ) |
| Appellant | ) Civil Action No. 07-4 |
| v. | ) |
| ARMSTRONG WORLD INDUSTRIES, INC., | ) Bankruptcy Case No. 00-04471 |
|  | ) Appeal No. 06-77 |
| Appellee | ) |

### ORDER APPROVING STIPULATION

UPON the Stipulation Regarding Extension Of Time To File Briefs between appellee, Armstrong World Industries, Inc. ("*AWI*") and appellant, Sea-Pac Sales Company ("*Sea-Pac*") (the "Stipulation"), it is hereby

**ORDERED**, that the Stipulation is hereby **APPROVED**; and it is further

**ORDERED**, that Sea-Pac shall file its opening brief no later than February 5, 2007; and it is further

**ORDERED**, that AWI shall file its answering brief no later than February 26, 2007; and it is further

**ORDERED**, that Sea-Pac shall file its reply brief, if any, no later than March 8, 2007; and it is further

**ORDERED**, that this order shall be effective immediately; and it is further

RLF1-3106314-1

JAN-23-2007 14:29 P.03
Case 1:07-cv-00004-ER   Document 6   Filed 01/23/2007   Page 2 of 2
Case 1:07-cv-00004-ECR   Document 5-2   Filed 01/19/2007   Page 2 of 2

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: ~~Wilmington, Delaware~~
January 22, 2007

_____
UNITED STATES DISTRICT JUDGE

RLF1-3106314-1

2