IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:  ARMSTRONG WORLD INDUSTRIES, INC., *et al.*

---

| | | |
|---|---|---|
| SEA-PAC SALES COMPANY, | ) | |
| | ) | |
| Appellant | ) | Civil Action No. 07-4 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMSTRONG WORLD | ) | Bankruptcy Case No. 00-04471 |
| INDUSTRIES, INC., | ) | Appeal No. 06-77 |
| | ) | |
| Appellee | ) | |

**NOTICE OF COMPLETION OF BRIEFING
AND REQUEST FOR ORAL ARGUMENT**

**PLEASE TAKE NOTICE THAT** briefing in the above-captioned appeal is now complete and the matter is ripe for the Court's consideration. Appellant Sea-Pac Sales Company respectfully requests that oral argument on the Motion be scheduled at the Court's convenience.  The relevant pleadings, copies of which will be separately delivered to Chambers are as follows:

1. Notice of Appeal of Sea-Pac Sales Company, filed January 03, 2007 (D.I. 1);

2. Designated Record and Statement of Issues on Appeal filed by Sea-Pac Sales Company, filed January 03, 2007 (D.I. 2);

3. Designated Record and Statement of Issues on Appeal filed by Armstrong World Industries, Inc., January 4, 2007 (D.I. 3);

4. Notice of Docketing Bankruptcy Appeal, January 4, 2007 (D.I. 4);

5. Stipulation for Extension of Time to File Briefs, January 19, 2007 (D.I. 5);

6. Order Approving Stipulation and Setting Briefing Schedule, January 23, 2007(D.I. 6);

7. Appellant's Opening Brief, February 5, 2007 (D.I. 7);

8. Appellant's Appendix to Opening Brief, February 5, 2007 (D.I. 8);

9. Appellee's Answering Brief, February 26, 2007 (D.I. 9);

10. Appellee's Appendix to Answering Brief, February 26, 2007 (D.I. 10); and

11. Appellant's Reply Brief, March 8, 2007 (D.I. 11).

WHEREFORE, Appellant Sea-Pac Sales Company respectfully requests that the Court schedule oral argument at the Court's earliest convenience.

April 18, 2007

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Karen Lee Turner (Bar No. 4332)
Michael G. Busenkell (Bar No. 3933)
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
(302) 425-0430

Michael M. Feinberg
Diana K. Carey
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98102
(206) 223-1313

Al Van Kampen
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
(206) 386-7353

*Attorneys for Appellant Sea-Pac Sales Company*

*U0006213*

CERTIFICATE OF SERVICE

I, Michael G. Busenkell, certify that on April 18, 2007 I caused a copy of the foregoing Notice Of Completion Of Briefing to be served as indicated on:

| | |
|---|---|
| Mark D. Collins, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>Wilmington, DE  19801<br>***By Hand*** | Stephen Karatkin, Esquire<br>Debra A. Dandeneau, Esquire<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>***By First Class Mail*** |

Louis J. Rouleau, Esquire
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street NW
Seventh Floor
Washington, DC  20005
***By First Class Mail***

_____
Michael G. Busenkell (No. 3933)

U0004984V3