IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:   ARMSTRONG WORLD INDUSTRIES, INC., *et al.*

---

| | |
|---|---|
| SEA-PAC SALES COMPANY, | ) |
| | ) |
| Appellant | ) Civil Action No. 07-4 |
| | ) |
| v. | ) |
| | ) |
| ARMSTRONG WORLD | ) Bankruptcy Case No. 00-04471 |
| INDUSTRIES, INC., | ) Appeal No. 06-77 |
| | ) |
| Appellee | ) |

### SEA-PAC SALES COMPANY'S MOTION FOR STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S ORDER DENYING ARBITRATION

Appellant Sea-Pac Sales Company ("Sea-Pac"), pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure and Federal Rule of Appellate Procedure 8(a), files it motion for an order granting a stay pending appeal of the Bankruptcy Court's Order denying arbitration. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/*

Karen Lee Turner (Bar No. 4332)
Michael G. Busenkell (Bar No. 3933)
300 Delaware Avenue, Suite 1360
Wilmington, Delaware  19801
(302) 425-0430

Michael M. Feinberg
Diana K. Carey
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98102
(206) 223-1313


Al Van Kampen
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
(206) 386-7353

*Attorneys for Appellant
Sea-Pac Sales Company*


Dated:   July 19, 2007

U0007954

CERTIFICATE OF SERVICE

I, Michael B. Busenkell, Esquire, certify that on July 19, 2007, I caused copies of the foregoing to be served in the manner indicated on:

Mark D. Collins, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
**By Hand**

Stephen Karatkin, Esquire
Debra A. Dandeneau, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
**By First Class Mail**

Louis J. Rouleau, Esquire
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street NW
Seventh Floor
Washington, DC 20005
**By First Class Mail**

_____
Michael G. Busenkell (#3933)