IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:   ARMSTRONG WORLD INDUSTRIES, INC., *et al.*

---

| | |
|---|---|
| SEA-PAC SALES COMPANY, | ) |
| | ) |
| Appellant | ) Civil Action No. 07-4 |
| | ) |
| v. | ) |
| | ) |
| ARMSTRONG WORLD INDUSTRIES, INC., | ) Bankruptcy Case No. 00-04471 |
| | ) Appeal No. 06-77 |
| | ) |
| Appellee | ) |
| | ) |

### WITHDRAWAL OF SEA-PAC SALES COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR STAY PENDING APPEAL OF THE COURT'S NOVEMBER 20, 2006 ORDER

Sea-Pac Sales Company ("Sea-Pac"), by and through its undersigned counsel, hereby withdraws its Memorandum of Law in Support of Motion for Stay Pending Appeal of the Court's November 20, 2006 Order (Docket No.#14).

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
Karen Lee Turner (Bar No. 4332)
Michael G. Busenkell (Bar No. 3933)
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
(302) 425-0430 (Telephone)

Michael M. Feinberg
Diana K. Carey
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington 98102
(206) 223-1313

Al Van Kampen
ROHDE & VAN KAMPEN, PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
(206) 386-7353

*Attorneys for Creditor, Sea-Pac Sales Company*

Dated: July 25, 2007.

CERTIFICATE OF SERVICE

I, Michael G. Busenkell, Esquire, certify that on July 25, 2007, I caused copies of the foregoing **WITHDRAWAL OF SEA-PAC SALES COMPANY'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR STAY PENDING APPEAL OF THE COURT'S NOVEMBER 20, 2006 ORDER** to be served in the manner indicated on:

Mark D. Collins, Esquire
Jason M. Madron, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
**By Hand**

Stephen Karatkin, Esquire
Debra A. Dandeneau, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153
**By First Class Mail**

Louis J. Rouleau, Esquire
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street NW
Seventh Floor
Washington, DC  20005
**By First Class Mail**

_____
Michael G. Busenkell