IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ARMSTRONG WORLD
INDUSTRIES, INC., ET AL.
_____

| | | |
|---|---|---|
| SEA-PAC SALES COMPANY, | : | Civil Action No. |
| | : | 07-04 |
|     Appellant, | : | |
| | : | |
|        v. | : | |
| | : | |
| ARMSTRONG WORLD | : | |
| INDUSTRIES, INC., | : | Appeal from: |
| | : | Bankruptcy Case No. |
|     Appellee. | : | 00-004471 |

## O R D E R

**AND NOW**, this **7th** day of **August, 2007,** after consideration of Appellant Sea-Pac Sales Company's Motion for Stay Pending Appeal (doc. no. 16) and Appellee Armstrong World Industries, Inc.'s Memorandum in Opposition (doc. no. 21), it is hereby **ORDERED** that Sea-Pac Sales Company's Motion for Stay Pending Appeal of the Bankruptcy Court's Order Denying Arbitration (doc. no. 16) is **GRANTED.**

    **IT IS FURTHER ORDERED** that the adversary proceeding, including all further discovery, is **STAYED** pending this Court's adjudication of the appeal of the Bankruptcy Court's Order of November 20, 2006, or upon further order of the Court.

    **IT IS FURTHER ORDERED** Sea-Pac Sales Company's Motion for Expedited Consideration of its Motion for Stay (doc. no. 18) is **GRANTED.**

    **AND IT IS SO ORDERED.**

                                                      s/Eduardo C. Robreno
                                                **EDUARDO C. ROBRENO, J.**