IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : : | Case No. 00-4471 (JKF) (Jointly Administered) Re: Docket No. 10487 |
| Debtors. | : | |
| ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : | |
| Plaintiff, | : : | Adv. Pro. No. 06-50899 (JKF) Re: Docket No. 116 |
| v. | : | |
| SEA-PAC SALES COMPANY, | : | |
| Defendant. | : | |
| SEA-PAC SALES COMPANY, | : | |
| Appellant, | : : : | Civil Action No. 07-4 Appeal No. 06-77 Re: Docket No. 22 |
| v. | : | |
| ARMSTRONG WORLD INDUSTRIES, INC., et al., | : : | |
| Appellee. | : | |

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

    Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 9th day of August, 2007, she caused a copy of the following to be served upon the parties on the attached list and in the manner indicated thereon.

RLF1-3187742-1

*Order from Judge Eduardo C. Robreno*

_____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 14th day of August, 2007.

_____
Notary Public

ANN JEROMINSKI
Notary Public - State of Delaware
My Comm. Expires Feb. 14, 2008

ARMSTRONG WORLD INDUSTRIES, INC.
SERVICE LIST

Via Hand Delivery

Karen Lee Turner
Michael G. Busenkell
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801

Via First Class Mail

Michael M. Feinberg
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98102

Al Van Kampen
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154