# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JASON M. MADRON
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7595
MADRON@RLF.COM

February 7, 2008

**VIA FACSIMILE AND FEDERAL EXPRESS**

The Honorable Eduardo C. Robreno
United States District Court
 for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 11614
Philadelphia, PA 19106

> Re: **Sea-Pac Sales Company v. Armstrong World Industries, Inc., Civil Action No. 07-cv- 00004 (ECR)**

Dear Judge Robreno:

This firm, along with the firms of Weil, Gotshal & Manges LLP and Womble Carlyle Sandridge & Rice PLLC, represents Armstrong World Industries, Inc., appellee (the "Appellee") in the above referenced appeal (the "Appeal") taken by Sea-Pac Sales Company, appellant (the "Appellant" and, along with the Appellee, the "Parties").

At the direction of Your Honor's staff in chambers, I am writing to inform Your Honor that the Parties have entered into an agreement to settle the Appeal and, in accordance with that agreement, the Parties intend to submit a stipulation and proposed form of order of dismissal with respect to the Appeal as soon as practicable.

I am available should Your Honor have any questions concerning the status of the Appeal.

Respectfully,

*[signature]*

Jason M. Madron (DE No. 4431)

JMM/lma

RLF1-3251467-1

The Honorable Eduardo C. Robreno
February 7, 2008
Page 2

cc:  Michael G. Busenkell, Esq. (via e-mail and hand delivery)
    Karen Lee Turner, Esq. (via e-mail and hand delivery)
    Michael M. Feinberg, Esq. (via e-mail and U.S. First Class Mail)
    Diana K. Carey, Esq. (via e-mail and U.S. First Class Mail)
    Al Van Kampen, Esq. (via e-mail and U.S. First Class Mail)
    Debra A. Dandeneau, Esq. (via e-mail and U.S. First Class Mail)
    Mark N. Poovey, Esq. (via e-mail and U.S. First Class Mail)

RLF1-3251467-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on the 7th day of February, 2008, I electronically filed the **Sea-Pac Sales Company v. Armstrong World Industries, Inc. Letter** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

Michael Busenkell
mbusenkell@eckertseamans.com

Mark David Collins
Collins@rlf.com

Karen Lee Turner
kturner@eckertseamans.com

I, Jason M. Madron, hereby certify that on the 7th day of February, 2008, I sent via Hand Delivery Service (Local), via First Class Mail (Non-Local) and via Electronic Mail the **Sea-Pac Sales Company v. Armstrong World Industries, Inc. Letter** to the following participants:

**Via Hand Delivery**

(United States Trustee)
Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Via Hand Delivery and Electronic Mail**

Michael Busenkell
Karen L. Turner
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE 19801
mbusenkell@eckertseamans.com
kturner@eckertseamans.com

RLF1-3251578-1

**Via First Class Mail and Electronic Mail**

*(Attorneys for Sea-Pac Sales Company)*
Michael M. Feinberg
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98101
mfeinberg@karrtuttle.com
dcarey@karrtuttle.com

*(Attorneys for Sea-Pac Sales Company)*
Al Van Kampen
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
avk@rohdelaw.com

Debra Dandeneau
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debra.dandeneau@weil.com

Mark A. Poovey
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
P.O. Drawer 84
Winston-Salem, NC 27102
mpoovey@wcsr.com

Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Madron@rlf.com