IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ARMSTRONG WORLD
INDUSTRIES, INC., *et al.*

| | |
|---|---|
| SEA-PAC SALES COMPANY, | |
| Appellant, | Civil Action No. 07-04 |
| v. | |
| ARMSTRONG WORLD INDUSTRIES, INC., | Bankr. Case No. 00-04471 |
| Appellee. | Appeal No. 06-77 |

### STIPULATION OF DISMISSAL OF APPEAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and through their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-referenced appeal is dismissed with prejudice, each party bearing its own costs and expenses.

IT IS FURTHER STIPULATED AND AGREED that the stay of Adversary Proceeding No. 06-50899-JKF, pending in the Unites States Bankruptcy Court for the District of Delaware, entered by this Court by order dated August 7, 2007, (doc. no. 22), should be lifted so that the parties may also dismiss with prejudice the Adversary Proceeding. A separate order is submitted herewith for that purpose.[1]

---

[1] Pursuant to the August 7, 2007 Order, the Adversary Proceeding is stayed "pending this Court's adjudication of the appeal of the Bankruptcy Court's Order of November 20, 2006, *or upon further order of the Court.*" (doc. no. 22) (emphasis added).

Dated February 8, 2008.

Respectfully submitted,

_/s/ 2/8/08_
Karen Lee Turner (Bar No. 4332)
Michael G. Busenkell (Bar No. 3933)
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
300 Delaware Avenue, Suite 1360
Wilmington, Delaware 19801
(302) 425-0430

-and-

Michael M. Feinberg
Diana K. Carey
KARR TUTTLE CAMPBELL
1201 Third Avenue, Suite 2900
Seattle, Washington, 98102
(206) 223-1313

-and-

Al Van Kampen
ROHDE & VAN KAMPEN PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington, 98154
(206) 386-7353

ATTORNEYS FOR APPELLANT
SEA-PAC SALES COMPANY

Respectfully submitted,

_/s/_
Mark D. Collins (Bar No. 2981)
Jason M. Madron (Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Stephen Karotkin
Debra A. Dandeneau
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

ATTORNEYS FOR APPELLEE
ARMSTRONG WOLD INDUSTRIES, INC.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ARMSTRONG WORLD
INDUSTRIES, INC., *et al.*

| | |
|---|---|
| SEA-PAC SALES COMPANY, | Civil Action No. 07-04 |
| Appellant, | |
| v. | |
| ARMSTRONG WORLD INDUSTRIES, INC., | Bankr. Case No. 00-04471 |
| Appellee. | Appeal No. 06-77 |

## ORDER DISMISSING APPEAL AND LIFTING STAY ORDER

AND NOW, this ___ day of February, 2008, after consideration of the parties' **Stipulation of Dismissal**, whereby the parties seek entry of an order (1) dismissing the above-referenced appeal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and (2) lifting the Court's order staying of Adversary Proceeding No. 06-50899-JKF, pending in the Unites States Bankruptcy Court for the District of Delaware, as to permit the parties to dismiss that proceeding (doc. no. 22), it is hereby

**ORDERED** that the instant appeal (Appeal No. 06-77) is **DISMISSED WITH PREJUDICE**, each party bearing its own costs and expenses.

**IT IS FURTHER ORDERED** that the stay of Adversary Proceeding No. 06-50899-JKF, pending in the Unites States Bankruptcy Court for the District of Delaware (doc. no. 22) is hereby **LIFTED AND DISSOLVED**.

AND IT IS SO ORDERED.

_____
Eduardo C. Robreno, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on the 8th day of February, 2008, I electronically filed the **Stipulation of Dismissal of Appeal** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

Michael Busenkell
mbusenkell@eckertseamans.com

Mark David Collins
Collins@rlf.com

Karen Lee Turner
kturner@eckertseamans.com

I, Jason M. Madron, hereby certify that on the 8th day of February, 2008, I sent via Hand Delivery Service (Local), via First Class Mail (Non-Local), and via Electronic Mail the **Stipulation of Dismissal of Appeal** to the following participants:

**Via Hand Delivery**

(United States Trustee)
Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Via Hand Delivery and Electronic Mail**

Michael Busenkell
Karen L. Turner
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801
mbusenkell@eckertseamans.com
kturner@eckertseamans.com

RLF1-3252104-1

**Via First Class Mail and Electronic Mail**

*(Attorneys for Sea-Pac Sales Company)*
Michael M. Feinberg
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98102
mfeinberg@karrtuttle.com
dcarey@karrtuttle.com

*(Attorneys for Sea-Pac Sales Company)*
Al Van Kampen
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
avk@rohdelaw.com

Debra Dandeneau
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debra.dandeneau@weil.com

Mark A. Poovey
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
P.O. Drawer 84
Winston-Salem, NC 27102
mpoovey@wcsr.com

Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Madron@rlf.com