# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JASON M. MADRON
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7595
MADRON@RLF.COM

February 8, 2008

**VIA FACSIMILE AND FEDERAL EXPRESS**

The Honorable Eduardo C. Robreno
United States District Court
  for the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 11614
Philadelphia, PA 19106

> Re:   **Sea-Pac Sales Company v. Armstrong World Industries, Inc., Civil Action No. 07-cv- 00004 (ECR)**

Dear Judge Robreno:

As the Court is aware, this firm, along with the firms of Weil, Gotshal & Manges LLP and Womble Carlyle Sandridge & Rice PLLC, represents Armstrong World Industries, Inc., appellee (the "Appellee") in the above referenced appeal (the "Appeal") taken by Sea-Pac Sales Company, appellant (the "Appellant" and, along with the Appellee, the "Parties").

Further to my letter to Your Honor, dated February 7, 2008, informing the Court that the Parties have entered into an agreement to settle the Appeal, enclosed herewith please find a *Stipulation of Dismissal of Appeal* (the "Stipulation") and accompanying *Order Dismissing Appeal and Lifting Stay Order* (the "Proposed Order") for Your Honor's consideration. Copies of the Stipulation and the Proposed Order were both filed with the Court today.

Appellee respectfully requests that Your Honor enter the Proposed Order at the earliest convenience of the Court.

RLF1-3252127-1

The Honorable Eduardo C. Robreno
February 8, 2008
Page 2

        I am available should Your Honor have any questions concerning the Stipulation or the Proposed Order.

        Respectfully,

        Jason M. Madron (DE No. 4431)

JMM/lma
Enclosures

cc:    Michael G. Busenkell, Esq. (w/enc., via e-mail and hand delivery)
       Karen Lee Turner, Esq. (w/enc., via e-mail and hand delivery)
       Michael M. Feinberg, Esq. (w/enc., via e-mail and U.S. First Class Mail)
       Diana K. Carey, Esq. (w/enc., via e-mail and U.S. First Class Mail)
       Al Van Kampen, Esq. (w/enc., via e-mail and U.S. First Class Mail)
       Debra A. Dandeneau, Esq. (w/enc., via e-mail and U.S. First Class Mail)
       Mark N. Poovey, Esq. (w/enc., via e-mail and U.S. First Class Mail)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on the 8th day of February, 2008, I electronically

filed the **Sea-Pac Sales Company v. Armstrong World Industries, Inc. Letter** with the Clerk

of the Court using CM/ECF which will send notifications of such filing to the following :

Michael Busenkell
mbusenkell@eckertseamans.com

Mark David Collins
Collins@rlf.com

Karen Lee Turner
kturner@eckertseamans.com

I, Jason M. Madron, hereby certify that on the 8th day of February, 2008, I sent via Hand

Delivery Service (Local), via First Class Mail (Non-Local) and via Electronic Mail the **Sea-Pac**

**Sales Company v. Armstrong World Industries, Inc. Letter** to the following participants:

**Via Hand Delivery**

(United States Trustee)
Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Via Hand Delivery and Electronic Mail**

Michael Busenkell
Karen L. Turner
Eckert Seamans Cherin & Mellott LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801
mbusenkell@eckertseamans.com
kturner@eckertseamans.com

**Via First Class Mail and Electronic Mail**

*(Attorneys for Sea-Pac Sales Company)*
Michael M. Feinberg
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, Washington 98102
mfeinberg@karrtuttle.com
dcarey@karrtuttle.com

*(Attorneys for Sea-Pac Sales Company)*
Al Van Kampen
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, Washington 98154
avk@rohdelaw.com

Debra Dandeneau
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
debra.dandeneau@weil.com

Mark A. Poovey
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
P.O. Drawer 84
Winston-Salem, NC 27102
mpoovey@wcsr.com

Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Madron@rlf.com