IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ARMSTRONG WORLD
INDUSTRIES, INC., et al.

| | |
|---|---|
| SEA-PAC SALES COMPANY, | |
| Appellant, | Civil Action No. 07-04 |
| v. | |
| ARMSTRONG WORLD INDUSTRIES, INC., | |
| Appellee. | Bankr. Case No. 00-04471<br>Appeal No. 06-77 |

## ORDER DISMISSING APPEAL AND LIFTING STAY ORDER

AND NOW, this 11th day of February, 2008, after consideration of the parties' Stipulation of Dismissal, whereby the parties seek entry of an order (1) dismissing the above-referenced appeal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and (2) lifting the Court's order staying of Adversary Proceeding No. 06-50899-JKF, pending in the Unites States Bankruptcy Court for the District of Delaware, as to permit the parties to dismiss that proceeding (doc. no. 22), it is hereby

ORDERED that the instant appeal (Appeal No. 06-77) is DISMISSED WITH PREJUDICE, each party bearing its own costs and expenses.

IT IS FURTHER ORDERED that the stay of Adversary Proceeding No. 06-50899-JKF, pending in the Unites States Bankruptcy Court for the District of Delaware (doc. no. 22) is hereby LIFTED AND DISSOLVED.

AND IT IS SO ORDERED.

_____
Eduardo C. Robreno, J.