IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------ x
In re                                 :   Chapter 11
                                      :
ARMSTRONG WORLD INDUSTRIES,           :   Case No. 00-4471 (JKF)
INC., et al.,                         :   (Jointly Administered)
                                      :   Re: Docket No. 10577
                                      :
                   Debtors.           :
------------------------------------ x
ARMSTRONG WORLD INDUSTRIES,           :
INC., et al.,                         :
                                      :
                   Plaintiff,         :   Adv. Pro. No. 06-50899 (JKF)
                                      :   Re: Docket No. 119
                                      :
     v.                               :
                                      :
SEA-PAC SALES COMPANY,                :
                                      :
                   Defendant.         :
                                      :
------------------------------------ x
SEA-PAC SALES COMPANY,                :
                                      :
                   Appellant,         :   Civil Action No. 07-4
                                      :   Appeal No. 06-77
     v.                               :   Re: Docket No. 27
                                      :
ARMSTRONG WORLD INDUSTRIES,           :
INC., et al.,                         :
                                      :
                   Appellee.          :
------------------------------------ x
```

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     :  SS.
NEW CASTLE COUNTY    :

    Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 12th day of February, 2008, she caused a copy of the following to be served upon the parties on the attached list and in the manner indicated thereon.

RLF1-3253165-1

*Order Dismissing Appeal and Lifting Stay Order*

                              /s/ Barbara J. Witters
                              Barbara J. Witters
                              RICHARDS, LAYTON & FINGER, P.A.
                              One Rodney Square
                              P.O. Box 551
                              Wilmington, DE  19899
                              (302) 651-7700

       SWORN TO AND SUBSCRIBED before me this _12th_ day of February, 2008.

                              /s/ Ann Jerominski
                              Notary Public

                                    ANN JEROMINSKI
                                Notary Public - State of Delaware
                                My Comm. Expires Feb 14, 2008

ARMSTRONG WORLD INDUSTRIES, INC.
SERVICE LIST

**Via Hand Delivery**

(United States Trustee)
Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

Karen Lee Turner
Michael G. Busenkell
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

**Via First Class Mail**

Michael M. Feinberg
Diana K. Carey
Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
Seattle, WA 98102

Al Van Kampen
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154

Debra Dandeneau
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mark A. Poovey
Womble Carlyle Sandridge & Rice PLLC
One West Fourth Street
P.O. Drawer 84
Winston-Salem, NC 27102